# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Justus A. Oketch,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                            3:12-cv-00102

JPMORGAN CHASE & CO., INC.,
Successor to Washington Mutual Inc.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2012 Order.

Signed: June 13, 2012

Frank G. Johns, Clerk
United States District Court